904

No. 475. CENTRAL HUDSON GAS & ELECTRIC CORP. *v.* BANKS ET AL. C. A. 2d Cir. Certiorari denied. *George A. Garvey* for petitioner. *Melvin Sacks* for Banks, and *Clarence E. Mellen* for Ninnie Brothers, respondents.

No. 484. PAYNE ET AL. *v.* KOEHLER, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Kurt W. Melchior* for respondent.

No. 493. CLACKAMAS COUNTY, OREGON, *v.* MCKAY, SECRETARY OF THE INTERIOR, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Richard L. Merrick* for petitioner. *Solicitor General Sobeloff* for respondents.

No. 463. CAPITAL TRANSIT Co. *v.* SPIEGEL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Edmund L. Jones, F. Gloyd Awalt, W. V. T. Justis* and *F. Keith Kelly* for petitioner. Respondent *pro se.*

No. 73. BEARD *v.* UNITED STATES, *ante,* p. 846. Rehearing denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 238. COTA *v.* COFFMAN, *ante,* p. 806. Rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.